IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HTC CORP., and HTC AMERICA, INC., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:21-CV-00274-JRG |
| JOE ANDREW SALAZAR, | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Stipulation of Dismissal (the "Stipulation") filed jointly by Plaintiffs HTC Corp. and HTC America, Inc. (collectively, "Plaintiffs") and Defendant Joe Andrew Salazar ("Defendant") (collectively, the "Parties"). (Dkt. No. 4.) In the Stipulation, the Parties stipulate that "all claims made against Defendant in this case" should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id*. at 1.) The Parties also stipulate that each party shall bear its own costs, expenses, and attorneys' fees. (*Id.*)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiffs against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 27th day of November, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE